**Entered on Docket
February 20, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



The following constitutes the order of the Court.
Signed: February 20, 2020

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

MITESH KUMAR PATEL and
KINNAL MITESH PATEL,

        Debtors.
_____/

No. 19-42399-RLE
Chapter 11

**Date: February 25, 2020
Time: 1:30 p.m.
Place: Courtroom 201**

**ORDER DISCHARGING ORDER TO SHOW CAUSE RE DISMISSAL
OR CONVERSION FOR LACK OF PROSECUTION**

On February 4, 2020, the court issued an Order to Show Cause to Debtors requiring them to show cause why the case should not be converted to chapter 7 or dismissed, whichever is in the best interests of creditors and the estate, pursuant to 11 U.S.C. § 105 and § 1112(b)(1), for lack of prosecution (the "OSC"). See Docket #45. The OSC was amended to reflect the proper division on February 5, 2020. See Docket #46. The OSC required Debtors to file a response no later than February 11, 2020. Id.

Debtors filed a timely response to the OSC on February 11, 2020 (the "Response").  See Docket #52.  The court has reviewed the Response and finds that it adequately addresses the court's concerns.

Good cause appearing, therefore,

IT IS HEREBY ORDERED that the Order to Show Cause that was issued on February 4, 2020, and amended on February 5, 2020, be, and hereby is, **DISCHARGED.**

IT IS FURTHER ORDERED that the February 25, 2020 hearing on the OSC is **OFF CALENDAR.**

IT IS FURTHER ORDERED that the Status Conference in the above-entitled case shall be continued from February 25, 2020, to **March 24, 2020, at 1:30 p.m.**  Debtors shall file a Status Conference Statement at least seven days in advance of the March 24 Status Conference.

**\* \* \* \* END OF ORDER \* \* \* \***

COURT SERVICE LIST

*** All Participants ***