| | |
|---|---|
| 1 | James F. Lewin (SBN 140268) |
| 2 | Renee M. Parker (SBN 256851) |
|   | THE MORTGAGE LAW FIRM, PLC |
| 3 | 27455 Tierra Alta Way, Suite B |
|   | Temecula, California 92590 |
| 4 | Telephone: (619) 465-8200 |
| 5 | Facsimile: (951) 225-4073 |
|   | Renee.Parker@mtglawfirm.com |
| 6 | TMLF File No. 155138 |

Attorneys for Secured Creditor, REAL TIME RESOLUTIONS, INC. as agent for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORS, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2007-C

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | ) | Case No.: 19-42399 |
| | ) | |
| | ) | Chapter: 11 |
| MITESH KUMAR PATEL, | ) | |
| KINNAL MITESH PATEL, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| | ) | |
| Debtor(s). | ) | |
| | ) | |

I am employed in the County of Riverside, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 27455 Tierra Alta Way, Suite B, Temecula, CA 92590

---
1
CERTIFICATE OF SERVICE

On October 6, 2020, I served the foregoing documents described as ***OPPOSITION TO DEBTOR'S MOTION TO VALUE LIEN AND COLLATERAL and REQUEST FOR HEARING*** on the following individuals by depositing true copies thereof in the United States first class mail at Spokane, Washington, enclosed in a sealed envelope, with postage paid, addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]  (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Temecula, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

[]  (BY FEDEX OVERNITE - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by FedEx with the delivery fees provided for.

[]  (BY FACSIMILE) The facsimile machine I used, with telephone no. (951) 308-0055, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service.

[]  (BY PERSONAL DELIVERY VIA NATIONWIDE LEGAL) I caused personal delivery by NATIONWIDE LEGAL of said document(s) to the offices of the addressee(s) as set forth on the attached service list.

[X]  (BY CM/ECF ELECTRONIC SERVICE) Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF systems sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on October 6, 2020, at Spokane, Washington.

 /s/ Renee Parker
 Renee Parker

2
CERTIFICATE OF SERVICE

# SERVICE LIST
BK Case No.: 19-42399

**PARTIES SERVED BY ECF ELECTRONIC MAIL:**

Debtor's Counsel:
Michael J. Yesk
yesklaw@gmail.com, mjyesk@hotmail.com

United States Trustee:
Office of the U.S. Trustee/Oak
USTPRegion17.OA.ECF@usdoj.gov

Counsel for United States Trustee:
Jorge A. Gaitan
Jorge.A.Gaitan@usdoj.gov

**PARTIES SERVED BY U.S. MAIL:**

Debtor:
Mitesh Kumar Patel
Kinnal Mitesh Patel
8226 Rinconada Court
Newark, CA 94560

**PARTIES SERVED BY CERTIFIED MAIL:**

None